IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JOSEPH GARCIA § | |
| § | |
| v.  § | Civil Action No.23-CV-00389 |
| § | |
| ADAM'S AUTO SALES, § | |
| USAA FEDERAL SAVINGS BANK § | |

### DEFENDANT'S MOTION TO AMEND

USAA Federal Savings Bank respectfully requests leave to amend its answer pursuant to Federal Rule of Civil Procedure 15.

Rule 15(a) mandates that leave to amend "shall be freely given when justice so requires." Id. The rule "evinces a bias in favor of granting leave to amend." *Lyn–Lea Travel Corp. v. Am. Airlines, Inc.*, 283 F.3d 282, 286 (5th Cir. 2002). Therefore, although the decision to grant or deny leave is within the Court's discretion, "[t]he district court must have a 'substantial reason' to deny a request for leave to amend." *Id*. (quoting *Jamieson v. Shaw*, 772 F.2d 1205, 1208 (5th Cir. 1985)). Nevertheless, "leave to amend is by no means automatic." *Halbert v. City of Sherman*, 33 F.3d 526, 529 (5th Cir. 1994). In deciding whether to grant a party leave to amend, the court may consider factors such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Here, USAA FSB filed a general denial, and then removed the case to federal court. The state-court answer, though legally adequate, failed to admit or deny specific facts in each paragraph as required by federal practice. Moreover, the Court entered a scheduling order, providing a deadline of March 8, 2024 to request amendment. Since removal and today, USAA FSB has explored the possibility of several affirmative defenses (including a challenge to choice of law)

which it believes it has uncovered. USAA FSB accordingly seeks leave to amend its answer, and attached a copy of its proposed amendment hereto as an exhibit.

## PRAYER

For the foregoing reasons, USAA FSB respectfully requests that the Court order that USAA FSB's amended answer be accepted and filed.

Respectfully submitted,

LINDOW ▪ STEPHENS ▪ SCHULTZ LLP

By: _/s/ Theodore Schultz_
Theodore C. Schultz
State Bar No. 00797393
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
tschultz@lsslaw.com

## CERTIFICATE OF CONFERENCE

On March 8, 2024, I called counsel for Plaintiff, Chris Sully at approximately 11:20 am and indicated my desire to amend the complaint. I also followed up with a phone call at 4:20 pm and he was unavailable. Since he was not available, I sent him and his co-counsel, Hilario Moreno, an email to attempt to confer as well. As I did not hear any response, I filed the motion to amend to comply with the scheduling order deadlines.

By: _/s/ Theodore Schultz_

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Southern District of Texas, Laredo Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice and a copy being served on all parties on this, the 8th day of March 2024

By: _/s/ Theodore Schultz_
Theodore C. Schultz