United States District Court
Southern District of Texas
**ENTERED**
May 31, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSEPH GARCIA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:23-CV-00389 |
| | § | |
| ADAM'S AUTO SALES, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER OF DISMISSAL</u>

Upon consideration of Plaintiff's notice filed in response to the Court's May 23, 2024

Order, the Court hereby **ORDERS** that Plaintiff's action against Defendants Adam's Auto Sales

and USAA Federal Savings Bank is **DISMISSED** without prejudice.

SO ORDERED May 31, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge